```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  JANET L. HOLMES (SBN 107639)
    Assistant County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 4  Martinez, California 94553
    Telephone: (925) 335-1800
 5  Facsimile:  (925) 335-1866
    E-mail: Jholm@cc.cccounty.us
 6
    Attorneys for Defendants
 7  COUNTY OF CONTRA COSTA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY, an entity of unknown form; and DOES 1-20, individually and in their official capacity,<br><br>    Defendants. | No. C 05 3506 (TEH)<br><br>STIPULATION AND REQUEST FOR DISMISSAL AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED BY AND THROUGH COUNSEL FOR ALL PARTIES:

The parties have entered into a settlement agreement, as reflected in the Release and Settlement Agreement, a copy of which is attached hereto as Exhibit A.

The Release and Settlement Agreement resolves all issues presented in the action identified in the caption above.

STIPULATION AND REQUEST FOR DISMISSAL AND ORDER OF DISMISSAL - Case No. C05 3506 (TEH)

1

THEREFORE, Plaintiff and Defendants, by and through their counsel, hereby request that this court dismiss the above-referenced action forthwith, each side to bear its own costs and attorney' fees.

DATED: March 29, 2007

SILVANO B. MARCHESI, County Counsel

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendant

DATED: March 29, 2007

AMERICANS FOR SAFE ACCESS

By: _____
Joseph D. Elford
Counsel for Plaintiff

ORDER OF DISMISSAL

GOOD CAUSE APPEARING THEREFORE, and based on the Release and Settlement Agreement executed by the parties, this action is hereby dismissed.

Dated: 04/03/2007

_____
JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Thelton E. Henderson

STIPULATION AND REQUEST FOR DISMISSAL AND ORDER OF DISMISSAL - Case No. C05 3506 (TEH)

2